ROBERT W. FERGUSON
Attorney General of Washington
CINDY CHANG (Wash. Bar No. 51020) (*pro hac vice pending*)
Assistant Attorney General
Washington Attorney General's Office
Environmental Protection Division
800 5th Ave Ste. 2000 TB-14
Seattle, Washington 98104-3188
(206) 326-5491
Cindy.Chang@atg.wa.gov

*Attorney for Plaintiff State of Washington*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 3:20-cv-00224-SLG |
| Plaintiffs, | |
| v. | |
| DAVID BERNHARDT, in his official capacity as Secretary of the Interior, et al., | |
| Defendants. | |

## NOTICE TO WITHDRAW PREVIOUSLY FILED MOTION ECF NO. 5

The undersigned hereby requests withdrawal of ECF No. 5, Motion for Leave to Appear as Pro Hac Vice and the attached affidavit because the motion contains incomplete and incorrect information.

DATED this 10th day of September, 2020.

ROBERT W. FERGUSON
Attorney General of Washington

s/ Cindy Chang
CINDY CHANG, *Pro Hac Vice Pending*
Assistant Attorney General
Washington Attorney General's Office
Environmental Protection Division

*Attorney for Plaintiff State of Washington*