# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior, *et al.*,<br><br>    Defendants,<br><br>  and<br><br>NORTH SLOPE BOROUGH, *et al.,*<br><br>    Intervenor-Defendants.<br><br>    . | Case No. 3:20-cv-00224-SLG |

## ORDER RE JOINT STIPULATION AS TO MOTION TO INTERVENE BY NORTH SLOPE INTERVENOR-DEFENDANTS

Before the Court at Docket 65 is Plaintiffs and North Slope Borough, Native Village of Kaktovik, and Kaktovik Iñupiat Corporation's ("North Slope Intervenor-Defendants") *Joint Stipulation as to Motion to Intervene by North Slope Intervenor-Defendants*. Good cause being shown, IT IS ORDERED that the *Joint Stipulation* is APPROVED. IT IS SO ORDERED.

DATED this 9th day of December, 2020 at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE