# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>NORTH SLOPE BOROUGH, *et al.,*<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-00224-SLG |

### ORDER RE JOINT MOTION RE ADMINISTRATIVE RECORD

Before the Court at Docket 64 is the parties' Joint Motion Addressing the Administrative Record. Upon due consideration of the parties' motion, IT IS ORDERED that the motion is hereby GRANTED.

The schedule as previously established by the Court at Docket 26 and Local Civil Rule 16.3 for proceedings in this matter shall be modified as follows:

1. Any party contesting the sufficiency of the administrative record will identify its concerns and confer with counsel for Defendants on or before **February 1, 2021**.

2. The deadline for filing any motion to supplement the administrative record shall be **March 1, 2021**.

3. If a motion is filed in accordance with paragraph 2 above, the deadline for any response to the motion shall be 30 days after service of the motion, and the deadline for any reply shall be 14 days after service of any responses.

4. Any party may seek a further extension of time, if necessary to review the administrative record, and the parties will attempt to resolve any issues without contested motions.

5. If no motion is filed in accordance with paragraph 2 above, Counsel will submit a joint motion or status report on or before **March 8, 2021** proposing a briefing schedule. Alternatively, if a motion is filed in accordance with paragraph 2 above, Counsel will submit a joint motion or status report(s) proposing a merits briefing schedule within 14 days of this Court's order resolving the motion.

DATED this 9th day of December, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00224-SLG, *State of Washington, et al. v. Bernhardt, et al.*
Order re Joint Motion re Administrative Record
Page 2 of 2
Case 3:20-cv-00224-SLG   Document 71   Filed 12/09/20   Page 2 of 2