JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT DE LA VEGA, in his official capacity as Acting Secretary of the United States Department of the Interior, *et al.*,[1] <br><br> Defendants, <br> and <br><br> NORTH SLOPE BOROUGH, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00224-SLG |

## DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS

Defendants Scott de la Vega, in his official capacity as Acting Secretary of

the United States Department of the Interior, *et al.*, by and through undersigned

---

[1] Pursuant to FED. R. CIV. P. Rule 25(d), Scott de la Vega, in his official capacity as Acting Secretary of the Interior, is automatically substituted for David Bernhardt.

*State of Washington v. de la Vega,* 3:20-cv-00224-SLG
DEFS.' UNOPPOSED MOTION TO STAY PROCEEDINGS                                    1

counsel, hereby move the Court to stay proceedings in this matter. As Defendants recently advised the Court, President Biden recently issued Executive Order 13990 addressing the Coastal Plain Oil and Gas Leasing Program at issue in this litigation. *See* ECF 79. That Executive Order provides, in part, that "[t]he Secretary [of the Department of the Interior] shall review the program and, as appropriate and consistent with applicable law, conduct a new, comprehensive analysis of the potential environmental impacts of the oil and gas program." *See* ECF 79-1 at 4. The Executive Order further provides that the Attorney General may request any court with jurisdiction to stay pending litigation related to the Coastal Plain Oil and Gas Leasing Program in the Arctic National Wildlife Refuge and other related programs. *Id.* § 4(c).

    Defendants request a stay of 60 days so that new Administration officials may evaluate the litigation and determine whether and how the Executive Order and the policy direction described therein may impact the government's position in this case. It is appropriate to stay the existing deadlines for review and possible challenge to the administrative records to conserve the time and resources of the parties and the Court.

    Accordingly, Defendants hereby seek a stay of all proceedings in this action for a period of 60 days to and including April 12, 2021. Not later than the end of the sixty-day period, the parties will file a joint status report advising the Court what further proceedings may be necessary.

*State of Washington v. de la Vega,* 3:20-cv-00224-SLG
DEFS.' UNOPPOSED MOTION TO STAY PROCEEDINGS     2

Case 3:20-cv-00224-SLG   Document 88   Filed 02/09/21   Page 2 of 3

Undersigned counsel have conferred with counsel to the other parties. Plaintiffs have indicated they do not oppose the motion. Intervenor-Defendants have each indicated they take no position on the motion. A proposed order is filed herewith.

| | |
|---|---|
| DATED: February 9, 2021. | JEAN E. WILLIAMS<br>Acting Assistant Attorney General<br>United States Department of Justice<br>Environment and Natural Resources Div.<br><br>*/s/ Paul A. Turcke*<br>PAUL A. TURCKE<br>Trial Attorney<br>Natural Resources Section<br>P.O. Box 7611 Washington, D.C. 20044<br>202-353-1389 ǁ 202-305-0506 (fax)<br>paul.turcke@usdoj.gov<br><br>*Counsel for Defendants* |

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke
