ROB BONTA, (Cal. Bar 202668)
Attorney General of California
DAVID A. ZONANA (Cal. Bar 196029)
Supervising Deputy Attorney General
JOSHUA R. PURTLE (Cal. Bar 298215)
ELIZABETH B. RUMSEY (Cal. Bar 257908)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0098
 Fax:  (510) 622-2270
 E-mail:  Joshua.Purtle@doj.ca.gov
*Attorneys for the State of California*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>    Defendants,<br>and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:20-CV-00224-SLG |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Deputy Attorney General Joshua R. Purtle, Office of the California Attorney General, hereby withdraws as counsel for the State of California.  The State of California will continue to be represented by Deputy Attorney General Elizabeth B. Rumsey and Supervising Deputy Attorney General David A. Zonana, Office of the California Attorney General.

| NOTICE OF WITHDRAWAL OF COUNSEL | 1 | 3:20-CV-00224-SLG |
|---|---|---|

DATED this 6th day of October, 2021.

> ROB BONTA
> Attorney General of California
>
> *s/ Joshua R. Purtle*
> Joshua R. Purtle
> (Cal. Bar 298215)
> Elizabeth B. Rumsey
> (Cal. Bar 257908)
> Deputy Attorneys General
> David A. Zonana
> (Cal. Bar 196029)
> Supervising Deputy Attorney General
> 1515 Clay Street, 20th Floor
> Oakland, CA 94612-0550
> (510) 879-0098
> joshua.purtle@doj.ca.gov
>
> *Attorneys for the State of California*

NOTICE OF WITHDRAWAL　　　　　　2　　　　　　3:20-CV-00224-SLG
OF COUNSEL