TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>        Defendants,<br>  and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:20-cv-00224-SLG |

## DEFENDANTS' STATUS REPORT ON ISSUANCE
## OF DRAFT SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT

This case is stayed, and in accordance with the Court's order providing that further status reports shall reflect "timeframes of key milestones in the process of conducting a new environmental review and issuing a new record of decision addressing the Coastal Plain Oil and Gas Leasing Program at issue in this litigation," Defendants hereby provide

this update on the status of the Draft Supplemental Impact Statement. Order dated Sept. 13, 2021, at 1, ECF No. 106; *see also* Text Order, ECF No. 119.

Defendants advise that the release of the Draft Supplemental Environmental Impact Statement for the Program, previously anticipated to occur in November 2022, is now expected to occur in the second quarter of 2023. Defendants expect to circulate a Preliminary Draft Supplemental Environmental Impact Statement for Cooperating Agency review in the first quarter of 2023. Defendants will file an additional status report upon the issuance of the Draft Supplemental Environmental Impact Statement, and will otherwise provide notice to counsel as indicated by the parties' prior status reports. Respectfully submitted,

| | |
|---|---|
| DATED: November 30, 2022. | TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment and Natural Resources Division |
| | */s/ Paul A. Turcke*<br>PAUL A. TURCKE<br>Trial Attorney<br>Natural Resources Section<br>P.O. Box 7611 Washington, D.C. 20044<br>202-353-1389 ‖ 202-305-0275 (fax)<br>paul.turcke@usdoj.gov |
| | *Counsel for Defendants* |

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

*State of Washington v. Haaland*     Case No. 3:20-cv-00224-SLG
DEFS.' STATUS REPORT     2

Case 3:20-cv-00224-SLG   Document 120   Filed 11/30/22   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                         */s/ Paul A. Turcke*
                                         Paul A. Turcke