TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF WASHINGTON, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, *et al*., <br><br> Defendants, <br> and <br><br> NORTH SLOPE BOROUGH, *et al*., <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00224-SLG |

## DEFENDANTS' STATUS REPORT ON ISSUANCE OF
## FINAL SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT

This case is stayed, and in accordance with the Court's order providing that further

status reports shall reflect "timeframes of key milestones in the process of conducting a

new environmental review and issuing a new record of decision addressing the Coastal

*State of Washington v. Haaland*                                    Case No. 3:20-cv-00224-SLG
DEFS.' STATUS REPORT                                                                         1

Plain Oil and Gas Leasing Program at issue in this litigation," Defendants hereby provide this update on the status of the Final Supplemental Environmental Impact Statement ("Final SEIS"). Order dated Sept. 13, 2021, at 1, ECF No. 106; *see also* Text Order, ECF No. 139.

Defendants advise that the Final SEIS for the Program was issued on November 6, 2024, when it was posted to the Bureau of Land Management's National NEPA Register. *See* https://eplanning.blm.gov/eplanning-ui/project/2015144/510. Defendants further advise that a Notice of Availability for the Final SEIS is expected to publish in the Federal Register on November 8, 2024, initiating a 30-day period, pursuant to 40 C.F.R. § 1506.10(b)(2), before a Record of Decision may issue. As Defendants have previously advised, a Record of Decision will subsequently issue in accordance with these timelines and with sufficient time for compliance with deadlines in Section 20001 of the 2017 Tax Cuts and Jobs Act.

Defendants will file an additional status report upon the issuance of the Record of Decision, and will otherwise provide notice to counsel as indicated by the parties' prior status reports.

Respectfully submitted,

DATED:  November 6, 2024.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500

Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke