ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

STATE OF WASHINGTON, *et al.*,

        Plaintiffs,

  v.

DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, *et al.*,

        Defendants,

  and

NORTH SLOPE BOROUGH, *et al.*,

        Intervenor-Defendants.

Case No. 3:20-cv-00224-SLG

## JOINT STATUS REPORT

This case involves a challenge to the August 2020 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2020 ROD"), which was superseded by the December 2024 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2024

ROD") selecting Alternative D2 from the November 2024 Final Coastal Plain Oil and Gas Leasing Program Supplemental Environmental Impact Statement ("SEIS"). The case has been stayed (along with three others challenging the 2020 ROD), with the Court most recently directing that "[a] further status report shall be filed no later than October 31, 2025." Order, Dkt. 171. In prior orders granting and extending the stay(s), the Court also directed that filings occur "within five days of a final agency decision regarding any leases originally issued under the 2020 ROD," Order Continuing the Stay of Proceedings 3, Dkt. 167, and upon issuance of a Record of Decision, Order Re Defendants' Unopposed Motion to Stay Proceedings 2-3, Dkt. 106.

Consistent with these Orders, Defendants hereby advise that the Department of the Interior ("Department") issued a new Record of Decision on October 23, 2025, which, along with related documents, can be viewed on the Bureau's Eplanning website at https://eplanning.blm.gov/eplanning-ui/project/2038038/570. And the Department issued a decision regarding the leases on October 24, 2025, attached as Exhibit 1 hereto.

In light of the recency of these developments and continuing lapse of appropriations, Defendants propose, consistent with Miscellaneous General Order 25-14, that the Court issue an order directing the filing of a further status report(s) not later than seven days after the restoration of congressional appropriations funding the federal government describing the effect of these new decisions on this case.

Respectfully submitted this 29th of October 2025.

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        */s/ Paul A. Turcke*
        PAUL A. TURCKE
        Trial Attorney
        Natural Resources Section
        1290 West Myrtle Street, Suite 500
        Boise, ID 83702
        202-532-5994 || 202-305-0275 (fax)
        paul.turcke@usdoj.gov

        *Counsel for Defendants*

Of Counsel:

LINDSAY CRONIN
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 29, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

        */s/ Paul A. Turcke*
        Paul A. Turcke

*State of Washington v. Burgum*          Case No. 3:20-cv-00224-SLG
JOINT STATUS REPORT                    3

Case 3:20-cv-00224-SLG   Document 175   Filed 10/29/25   Page 3 of 3