NICK BROWN
Attorney General of Washington
SARAH REYNEVELD, *Pro Hac Vice*
Yuriy Korol, *Pro Hac Vice*
Assistant Attorneys General
Washington Attorney General's Office
Environmental Protection Division
800 5th Ave Ste. 2000 TB-14
Seattle, Washington 98104-3188
(206) 233-3391
Sarah.Reyneveld@atg.wa.gov
Yuriy.Korol@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>       Defendants. | No. 3:20-cv-00224-SLG<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Defendants, and Intervenor-Defendants hereby stipulate that Plaintiffs' claims are to be dismissed without prejudice, with the parties to bear their own costs and attorneys' fees.

*[signature blocks begin on next page]*

DATED this 9th day of February, 2026.

Respectfully Submitted,

*Attorneys for Plaintiff States:*

/s/ Sarah Reyneveld
SARAH REYNEVELD, *Pro Hac Vice*
YURIY KOROL, *Pro Hac Vice*
Assistant Attorneys General
Washington Attorney General's Office
Environmental Protection Division
800 5th Ave Ste. 2000 TB-14
Seattle, Washington 98104-3188
(206) 233-3391
Sarah.Reyneveld@atg.wa.gov
Yuriy.Korol@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

For the STATE OF CALIFORNIA

ROB BONTA
Attorney General of California

/s/ Elizabeth B. Rumsey
ELIZABETH B. RUMSEY, *Pro Hac Vice*
Deputy Attorney General
Dennis Beck
Supervising Deputy Attorney General
Deborah M. Smith
Acting Supervising Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
(510) 879-0098
liz.rumsey@doj.ca.gov

For the STATE OF CONNECTICUT

WILLIAM TONG
Attorney General of Connecticut

/s/ Daniel M. Salton
DANIEL M. SALTON, *Pro Hac Vice*
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5280
daniel.salton@ct.gov

For the STATE OF DELAWARE

KATHLEEN JENNINGS
Attorney General of Delaware

/s/ Vanessa Kassab
VANESSA KASSAB, *Pro Hac Vice*
Deputy Attorney General
Ian Liston

For the STATE OF ILLINOIS

KWAME RAOUL
Attorney General of Illinois

/s/ Jason E. James
JASON E. JAMES, *Pro Hac Vice*
Assistant Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226

Joint Stipulation of Dismissal
Without Prejudice

2

*State of Washington v. Burgum,*
No. 3:20-CV-00224-SLG

Ralph K. Durstein III
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8600
ralph.durstein@delaware.gov
vanessa.kassab@delaware.gov

(872) 276-3583
jason.james@ilag.gov


For the STATE OF MAINE

AARON M. FREY
Attorney General of Maine

/s/ Caleb Elwell
CALEB E. ELWELL
*Pro Hac Vice pending*
Assistant Attorney General
Office of the Attorney General
Natural Resource Division
6 State House Station
Augusta, Maine 04333
(207) 626-8578
caleb.elwell@maine.gov

For the STATE OF MARYLAND

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Steven Goldstein
STEVEN J. GOLDSTEIN
*Pro Hac Vice pending*
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6414
sgoldstein@oag.state.md.us


For the COMMONWEALTH OF
MASSACHUSETTS

ANDREA JOY CAMBELL
Attorney General of Massachusetts

/s/ Ezra Geggel
EZRA GEGGEL, *Pro Hac Vice*
MICHELE HUNTON
Assistant Attorneys General
Office of the Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
ezra.geggel@mass.gov

For the PEOPLE OF THE STATE OF
MICHIGAN

DANA NESSEL
Attorney General of Michigan

/s/ Elizabeth Morrisseau
ELIZABETH MORRISSEAU,
*Pro Hac Vice*
Assistant Attorney General
Environment, Natural Resources, and
Agriculture Division
6th Floor G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box30755
Lansing, MI 48909
(517) 335-7664

For the STATE OF MINNESOTA

KEITH ELLISON
Attorney General of Minnesota

*/s/ Peter Surdo*
PETER SURDO, *Pro Hac Vice*
Special Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street Suite 900
Saint Paul, MN 55101
(651) 757-1291
peter.surdo@ag.state.mn.us

For the STATE OF NEW JERSEY

JENNIFER DAVENPORT
Acting Attorney General of New Jersey

*/s/Dianna Shinn*
DIANNA SHINN, *Pro Hac Vice*
Deputy Attorney General
State of New Jersey
Division of Law
Environmental Enforcement &
Environmental Justice Section
25 Market Street
P.O. Box 093
Trenton, New Jersey 08625
(609) 376-2740
Dianna.Shinn@law.njoag.gov

For the STATE OF NEW YORK

LETITIA JAMES
Attorney General of New York

*/s/ Mihir A. Desai*
MIHIR A. DESAI, *Pro Hac Vice*
Assistant Attorney General
Office of the New York State Attorney
General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8478
mihir.desai@ag.ny.gov

For the STATE OF OREGON

DAN RAYFIELD
Attorney General of Oregon

*/s/ Paul Garrahan*
PAUL GARRAHAN, *Pro Hac Vice*
Attorney-in-Charge, Natural Resources
Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

For the STATE OF VERMONT

CHARITY R. CLARK
Attorney General of Vermont

*/s/ Melanie Kehne*
MELANIE KEHNE,
*Pro Hac Vice*
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
melanie.kehene@vermont.gov

For the STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ C. Joshua Lee*
C. JOSHUA LEE, *Pro Hac Vice*
Special Assistant Attorney General
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
(401) 274-4400 (Ext: 2040)
jlee@riag.ri.gov

*Attorneys for Federal Defendants:*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

Of Counsel:

LINDSAY CRONIN
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

*Attorneys for Intervenor-Defendants:*

STOEL RIVES LLP

*Ryan P. Steen* (by consent)
Ryan P. Steen (Bar No. 0912084)
Jason T. Morgan (Bar No. 1602010)
Whitney A. Brown (Bar No. 1906363)

*Attorneys for Alaska Oil and Gas Association*
*and American Petroleum Institute*

VAN NESS FELDMAN, LLP

*Tyson C. Kade* (by consent)
Tyson C. Kade (D.C. Bar 1018014)
Jonathan D. Simon (AK Bar 0911069)
Melinda L. Meade Meyers (AK Bar 2006053)

*Attorneys for North Slope Borough, Native*
*Village of Kaktovik, and Kaktovik Iñupiat*
*Corporation*

Joint Stipulation of Dismissal5*State of Washington v. Burgum,*
Without Prejudice*No. 3:20-CV-00224-SLG*

STEPHEN J. COX
ATTORNEY GENERAL

 /s/ Mary Hunter Gramling (by consent)
Mary Hunter Gramling  (Bar No. 1011078)
Chief Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
907-465-3600
mary.gramling@alaska.gov

*Attorneys for Intervenor-Defendant*
*State of Alaska*


BIRCH HORTON BITTNER & CHEROT

s/ James H. Lister (by consent)
James H. Lister, ABA #1611111
David Karl Gross, ABA #9611062

*Attorneys for Intervenor-Defendant Alaska*
*Industrial Development and Export Authority*

CERTIFICATE OF SERVICE

     I hereby certify that on February 9, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.


                   *s/ Sarah Reyneveld*
                   SARAH REYNEVELD